STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA MACUMBA,<br><br>            Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>            Defendant. | CV F 04-6005 LJO<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

   Plaintiff Dora Macumba ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's July 23, 2004 Scheduling Order ("Order"), to July 17, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file her opening brief.

DATED: May 12, 2005                         *S/Stuart Barasch*
                                            STUART BARASCH, Attorney for
                                            Plaintiff Dora Macumba


DATED: May 12, 2005                         McGREGOR W. SCOTT
                                            United States Attorney


                                            *S/Kristi C. Kapetan*
                                            KRISTI C. KAPETAN
                                            Assistant United States Attorney
                                            Attorneys for Federal Defendant
                                            JO ANNE B. BARNHART, Commissioner of
                                            Social Security


IT IS SO ORDERED.

**Dated:   May 13, 2005            /s/ Lawrence J. O'Neill**
b9ed48UNITED STATES MAGISTRATE JUDGE