1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
             IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 DORA MACUMBA,                    )   1:04-cv-6005 LJO
                                    )
11              Plaintiff,          )   STIPULATION AND
                                    )   ORDER TO EXTEND
12         v.                       )   TIME
                                    )
13 JO ANNE B. BARNHART,             )
   Commissioner of Social           )
14 Security,                        )
                                    )
15              Defendant.          )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from August 3, 2005 to September 13, 2005.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant requests the additional time to review the file and prepare a response in this matter.

             Respectfully submitted,

Dated: August 17, 2005   /s/ Stuart Barasch
             (As authorized via facsimile)
             STUART BARASCH
             Attorney for Plaintiff

Dated: August 17, 2005   McGREGOR W. SCOTT
             United States Attorney

             /s/ Kristi C. Kapetan
             Assistant U.S. Attorney

  IT IS SO ORDERED.

**Dated: August 19, 2005**     **/s/ Lawrence J. O'Neill**
66h44d            UNITED STATES MAGISTRATE JUDGE