1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 DORA MACUMBA,                    )    1:04-cv-6005 LJO
                                    )
11             Plaintiff,           )    STIPULATION AND
                                    )    ORDER TO EXTEND
12        v.                        )    TIME
                                    )
13 JO ANNE B. BARNHART,             )
   Commissioner of Social           )
14 Security,                        )
                                    )
15             Defendant.           )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from September 13, 2005 to October 13, 2005.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This is the defendant's second request for an extension of time to file a response to plaintiff's opening brief. Defendant requests the additional time to review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: September 1, 2005       /s/ Stuart Barasch
                                      (As authorized via facsimile)
                                      STUART BARASCH
                                      Attorney for Plaintiff

Dated: September 1, 2005       McGREGOR W. SCOTT
                                      United States Attorney


                                      /s/ Kristi C. Kapetan
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   September 1, 2005**          **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES MAGISTRATE JUDGE