```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  2500 Tulare St., Ste. 4401
    Fresno, CA 93721
 4  Telephone No: (559) 497-4036

 5  Attorneys for Defendant

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10  DORA MACUMBA,                  )   1:04-cv-6005 LJO
                                   )
11              Plaintiff,         )   STIPULATION AND ORDER
                                   )   AWARDING EAJA ATTORNEY FEES
12         v.                      )
                                   )
13  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
14  Security,                      )
                                   )
15              Defendant.         )
    _____)
16
```

17    IT IS HEREBY STIPULATED by the parties, through their

18 undersigned counsel, subject to the approval of the Court, that

19 counsel for plaintiff be awarded attorney fees under the Equal

20 Access to Justice Act in the amount of TWO THOUSAND TWO HUNDRED

21 AND FORTY-FIVE DOLLARS AND THIRTY-NINE CENTS ($2,245.39).  This

22 amount represents compensation for legal services rendered on

23 behalf of plaintiff by counsel in connection with this civil

24 action for services performed before the district court in

25 accordance with 28 U.S.C. § 2412(d).

26 ///

27 ///

28

1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: March 14, 2006         /s/ Stuart Barasch
                              (As authorized via facsimile)
                              STUART BARASCH
                              Attorney for Plaintiff

Dated: March 14, 2006         McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristi C. Kapetan
                              KRISTI C. KAPETAN
                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 15, 2006**              /s/ Lawrence J. O'Neill
66h44d                          UNITED STATES MAGISTRATE JUDGE